JOSEPH HUNT, an Infant, by JOHN F. HUNT, His Guardian ad Litem, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued June 10, 1931; decided July 15, 1931.)

Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Charles E. Ramsgate and Charles C. Marrin of counsel), for appellant.

Lester M. Emmett and Jeremiah A. O'Leary for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.